# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

HAROLD JAMES WENRICH　　　　　　　　　　　Case No.: 1-15-05331-HWV
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

Creditor Name:　　　　　　　　　　　NORTHWEST BANK
Court Claim Number:　　　　　　　　02
Last Four of Loan Number:　　　　　9345 Maple - PRE-ARREARS - 669
Property Address if applicable:　　　934 MAPLE LANE, , LEBANON, PA17046

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:     $309.58
b. Prepetition arrearages paid by the Trustee:     $309.58
c. Amount of postpetition fees, expenses, and charges recoverable
　 Under Bankruptcy Rule 3002.1(c):     $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
　 Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e. Allowed postpetition arrearage:     $0.00
f. Postpetition arrearages paid by the Trustee:     $0.00
g. Total b, d, f:     $309.58

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  May 21, 2019                                      Respectfully submitted,

                                                              <u>s/ Charles J. DeHart, III, Trustee</u>
                                                              Standing Chapter 13 Trustee
                                                              Suite A, 8125 Adams Drive
                                                              Hummelstown, PA  17036
                                                              Phone:  (717) 566-6097
                                                              Fax:  (717) 566-8313
                                                              eMail:  dehartstaff@pamd13trustee.com

Creditor Name: NORTHWEST BANK
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200  | 1156466 | 10/05/2016 | $33.52    | $0.00    | $33.52     |
| 5200  | 1159668 | 12/06/2016 | $88.52    | $0.00    | $88.52     |
| 5200  | 1161240 | 01/12/2017 | $177.05   | $0.00    | $177.05    |
| 5200  | 1162774 | 02/08/2017 | $10.49    | $0.00    | $10.49     |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

HAROLD JAMES WENRICH

Case No.: 1-15-05331-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 21, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

GARY J. IMBLUM, ESQUIRE  
4615 DERRY STREET  
HARRISBURG PA, 17111-

SERVED ELECTRONICALLY

NORTHWEST SAVINGS BANK  
PO BOX 337  
WARREN, PA, 16365

SERVED BY 1ST CLASS MAIL

HAROLD JAMES WENRICH  
934 MAPLE LANE  
LEBANON, PA 17046

SERVED BY 1ST CLASS MAIL

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 21, 2019

s/ Donna Schott  
Charles J. DeHart, III, Trustee  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Fax: (717) 566-8313  
eMail: dehartstaff@pamd13trustee.com