# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: Northwest Savings Bank

Court claim no. (if known): 2

Last 4 digits of any number you use to identify the debtor's account: 0 6 6 9

Property address: 934 Maple Lane
Number   Street

Lebanon   PA   17046
City      State ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05/ 20/ 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. Total. Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __/__/____
MM / DD / YYYY



| Debtor 1 | Harold | James | Wenrich | Case number (if known) 15-05331-HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ H. A. Mauro        Date 05/24/2019
  Signature

Print   Heather A. Mauro                     Title  Credit Bankruptcy Officer
        First Name   Middle Name   Last Name

Company  Northwest Bank

If different from the notice address listed on the proof of claim to which this response applies:

Address  PO Box 337
         Number    Street

         Warren              PA      16365
         City                State   ZIP Code

Contact phone (814) 728-7420       Email  heather.mauro@northwest.com

Form 4100R          Response to Notice of Final Cure Payment                    page 2

American LegalNet, Inc.
www.FormsWorkFlow.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

    Harold James Wenrich

                  Debtor.

Bankruptcy No. 15-05331-HWV

Chapter 13

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses and manner specified below on May 24, 2019:

Harold James Wenrich
934 Maple Lane
Lebanon, PA 17046
*Via US Mail*

Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
*Via ECF*

Charles J DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Via ECF*

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
*Via ECF*

EXECUTED ON: May 24, 2019

                              By: _____
                                   Heather A. Mauro, Credit Bankruptcy Officer
                                   P.O. Box 337
                                   Warren, PA 16365
                                   814-728-7420